IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE MODESTO DIAZ ARGUETA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>KU-WASHINGTON CORPORATION, et al.<br><br>Defendants. | Case No. 1:21-cv-00123-JEB |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss this action with prejudice, Plaintiffs to bear their own costs and attorney's fees.

March 15, 2021

Respectfully submitted,

**DCWageLaw**

By: /s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*